NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**FORT PROPERTIES, INC.,**
*Plaintiff-Appellee,*

v.

**AMERICAN MASTER LEASE LLC,**
*Defendant-Appellant.*

---

2009-1242

---

Appeal from the United States District Court for the Central District of California in case no. 07-CV-365, Judge Andrew J. Guilford.

---

**ON MOTION**

---

**ORDER**

American Master Lease LLC moves for a 14-day extension of time, until June 20, 2011, to file its reply brief. Fort Properties, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 0 2 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Arianna Frankl, Esq.
Donald M. Falk, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 2 2011

JAN HORBALY
CLERK